UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BANDAS LAW FIRM, P.C., | § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-344 |
| | § § | |
| CLASS ACTION REPRESENTATIVE KRISTIE FARNHAM, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Petitioner's Unopposed Motion to Withdraw Motion to Quash (D.E. 2). After due consideration, the Court GRANTS the motion and DISMISSES this action in its entirety. This is a final judgment.

ORDERED this 18th day of December, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE